# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**ALEJANDRO G. BERNAL-PASCUAL,**

      Petitioner,

      V.                CASE NUMBER: **05-C-833**

**MAUREEN SOBLEWSKI, Jail Administrator and
Agent for Secretary of Homeland Security,**

      Respondent.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Alejandro G. Bernal-Pascual's petition pursuant to Title 28, United States Code, Section 2241, is DISMISSED as moot. This action is hereby DISMISSED.**

| | |
|---|---|
|    **October 31, 2005** |    **SOFRON B. NEDILSKY** |
| Date | Clerk |
| |    s/ Linda M. Zik |
| | (By) Deputy Clerk |